AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

David A. Stebbins )
*Plaintiff* )
v. ) Civil Action No. 10-3072
Full Sail University )
*Defendant* )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per *(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ☐ Yes  ☑ No
(b) Rent payments, interest, or dividends  ☐ Yes  ☑ No
(c) Pension, annuity, or life insurance payments  ☐ Yes  ☑ No
(d) Disability, or worker's compensation payments  ☐ Yes  ☑ No
(e) Gifts, or inheritances  ☐ Yes  ☑ No
(f) Any other sources  ☑ Yes  ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
I receive $674 per month in Supplemental Security Income.

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____42.17_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
My car is worth less than $1,000 in its current condition.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
I pay $192 per month in apartment rental (this is because I receive Section 8 Federal Housing Benefits). I also pay about $22 per month in telephone bills. I also have a student loan that I am paying the interest on, currently, and those monthly payments fluctuate from $25 to $30 each month. I often spend upwards of $35 per month, or more, on gasoline.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
No one except myself is dependant on me.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I have about $47,000 in student loan debts, and about $900 in a Wal Mart Credit Card.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____07/27/2010_____

*David A. Stebbins* (signature)
*Applicant's signature*

David A. Stebbins
*Printed name*