# U. S. District Court
# Western District of Arkansas (Harrison)
# CIVIL DOCKET FOR CASE #: 3:10–cv–03072–JLH

| | |
|---|---|
| Stebbins v. Full Sail University | Date Filed: 08/04/2010 |
| Assigned to: Honorable Jimm Larry Hendren | Date Terminated: 08/04/2010 |
| Cause: 42:12101 Americans with Disabilities Act of 1990 | Jury Demand: None |
| | Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David Stebbins**  represented by  **David Stebbins**
1407 N. Spring Rd.
Apt #5
Harrison, AR 72601
PRO SE

V.

**Defendant**

**Full Sail University**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2010 | Ï 1 | COMPLAINT against Full Sail University, filed by David Stebbins.(jn) (Entered: 08/04/2010) |
| 08/04/2010 | Ï 2 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David Stebbins. (jn) (Entered: 08/04/2010) |
| 08/04/2010 | Ï 3 | ORDER TRANSFERRING CASE to the Middle District of Florida, Orlando Division. Signed by Honorable James R. Marschewski on August 4, 2010. (jn) (Entered: 08/04/2010) |