**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID STEBBINS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1165-Orl-28GJK**

**FULL SAIL UNIVERSITY,**

        **Defendant.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **LETTER/MOTION TO TRANSFER (Doc. No. 3)**
>
> **FILED:**      **August 27, 2010**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On July 29, 2010, David Stebbins ("Plaintiff"), proceeding *pro se*, filed a complaint against Full Sail University ("Defendant") in the United States District Court for the Western District of Arkansas, Harrison Division. Doc. No. 1. On August 4, 2010, the Honorable James R. Marschewski entered an Order transferring the case to the United States District Court for the Middle District of Florida, Orlando Division, recognizing that the Defendant is located in Winter Park, Florida, which is located within the Orlando Division of the Middle District of Florida. Doc. No. 3. The Court stated: "Venue would be proper there as the Defendant is located there and the events complained of allegedly occurred there." *Id.* (citing 28 U.S.C. § 1406(a).

On August 27, 2010, Plaintiff filed a letter requesting that his case be transferred back to the Western District of Arkansas (the "Motion"). Doc. No. 6. The Motion fails to comply with Local Rule 3.01(a) which requires the movant to include "a concise statement of the precise relief requested, a statement of the basis for the request, <u>and a memorandum of legal authority in support of the request</u> . . ." Local Rule 3.01(a) (emphasis added). Accordingly, the Motion (Doc. No. 6) is **DENIED**.

A *pro se* plaintiff "is subject to the relevant law and rules of the court, including the Federal Rules of Civil Procedure." *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). If Plaintiff chooses to continue *pro se*, he must abide by the Local Rules for the Middle District of Florida, the Federal Rules of Civil Procedure, and the applicable substantive law. Failure to comply with these rules in the future may result in the denial of the motion, the striking of the pleading or other sanctions. A copy of the Local Rules may be viewed on the Court's website at http://www.flmd.uscourts.gov/ or obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, Plaintiff must also provide a self-addressed envelope with $3.95 postage affixed thereto. They may also be found in Florida Rules of Court available from West Group, 620 Opperman Drive, St. Paul, Minnesota 55164. This book may also be available in the public library.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2010.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties