UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID A. STEBBINS,

                **Plaintiff,**

-vs-                                                    Case No.  6:10-cv-1165-Orl-28GJK

FULL SAIL UNIVERSITY,

                **Defendant.**

## REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT

On August 4, 2010, David A. Stebbins ("Plaintiff") filed a complaint ("Complaint") against Full Sail University ("Defendant") alleging violations of Title III of the American with Disabilities Act (the "ADA") and Section 504 of the Rehabilitation Act. Doc. No. 1. Plaintiff suffers from Asperger Syndrome. *Id.* Plaintiff states that Defendant failed to make reasonable modifications in its policies to accommodate Plaintiff. *Id.* Specifically, Plaintiff states that Defendant's personnel consistently refused to speak to the Plaintiff because of his disability, which causes him to have anger outbursts. *Id.* Plaintiff seeks an injunction "to discontinue their intolerance of [his] Aspergers" and to list him as enrolled full-time in the university. *Id.* Plaintiff requests that the injunction also post-pone payment of his student loans. *Id.* Plaintiff states that he is also suing the University of Arkansas and Mid States Promotions for a "loss of reputation worth $306,000,000.00" and "[p]er the doctrine of concurrent causation" would like the Defendant to be held jointly and severally liable for those damages. *Id.*

On September 2, 2010, the Court entered Order directing Plaintiff to file an amended complaint that complied with Rule 8, Federal Rules of Civil Procedure, within twenty-one (21) days from that date. Doc. No. 7.  The Court stated:  "Failure to file an amended complaint within the time provided may result in dismissal of this case without further warning." *Id.* at 8.  To date, Plaintiff has not filed an amended complaint.  Accordingly, it is **RECOMMENDED** that the case be **DISMISSED** without prejudice and the Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**The Clerk is directed to send a copy of this order to Plaintiff by Certified Mail.**

Recommended in Orlando, Florida on October 25, 2010.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
**Unrepresented Parties by Certified Mail**