# United States District Court
## Middle District of Florida
### Orlando Division

DAVID A. STEBBINS,

        Plaintiff,

-vs-                                  Case No. 6:10-cv-1165-Orl-18DAB

FULL SAIL UNIVERSITY,

        Defendant.
_____

## ORDER

The United States Magistrate Judge has submitted a report recommending that this case be dismissed (Doc. 10)(filed October 25, 2010).

After an independent *de novo* review of the record in this matter, and consideration of the two letters submitted by Plaintiff David Stebbins at docket entry numbers 11 and 12, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 25, 2010 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed without prejudice.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __29__ day of November, 2010.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party